IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| W. T. HUNT, | : |
|     **Plaintiff,** | : |
| vs. | :   CIVIL ACTION 04-0712-CG-B |
| MARC SONNIER, et al., | : |
|     **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this petition be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 8th day of July, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE